**SEALED DOCUMENT**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

In the Matter of the Application
for a Search Warrant for
Computer servers at Yahoo!, Inc.,
an email provider,
headquartered at 701 First Avenue,
Sunnyvale, CA 94089

2011 AUG -3 P 12: 51
1:11-mj-*61*
UNDER SEAL - LEVEL I

### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the
government seeking an Order precluding Yahoo!, Inc. ("Yahoo")
from notifying any person of the existence of the Search Warrant
pertaining the e-mail accounts Panda@yahoo.com, and
Pandabuysale@yahoo.com, finds that there is reason to believe
that notification of the existence of the Search Warrant will
result in the destruction of or tampering with evidence or
otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Yahoo shall not notify any
person of the existence of the Search Warrant, for a period of
ninety (90) days.

August _3_, 2011

_____
Landya B. McCafferty
United States magistrate Judge