**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

In the Matter of the Application
for a Search Warrant for                    1:11-mj-61
Computer servers at Yahoo!, Inc.,            UNDER SEAL - LEVEL I
an e-mail provider located
at 701 First Avenue,
Sunnyvale, CA 94089

### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the
government seeking an Order precluding Yahoo!, Inc. from
notifying any person of the existence of the Search Warrant
pertaining the e-mail accounts Panda@Yahoo.com and
Pandabuysale@yahoo.com, finds that there is reason to believe
that notification of the existence of the Search Warrant will
result in the destruction of or tampering with evidence or
otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Yahoo!, Inc. shall not notify
any person of the existence of the Search Warrant, for a period
of ninety (90) days.

November  4 , 2011

/s/Landya B. McCafferty
_____
Landya B. McCafferty
United States Magistrate Judge